# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

**In re:**

**Kevin Robert Corbin**
**Vanessa Marie Corbin**

        **Debtors.**

**Case # 18-10270**

## Notice Regarding Selection of a Mediator

Pursuant to this Court's Order (Doc. #22), entered on September 6, 2018, attached is a list of mediators who are trained to conduct foreclosure mediations. You must confer and agree on one of these mediators and return this form to the Court within seven days. If you are unable to agree on a mediator, the debtor shall file a motion asking the Court to designate a mediator.

Jeffrey Eaton, Clerk

We agree that we will use the following mediator: _____

Creditor-Mortgagee:_____    Date:_____

Attorney for Debtor(s): _____    Date:_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

Mortgage Mediation Panel

Heather Z Cooper
PO Box 578
Rutland, VT 05702-0578
802-773-3300
Fax : 802-775-1581
hcooper@kenlanlaw.com

Richard A. Lang, Jr.
805 S. Prospect Street
Burlington, VT 05401
phone: 802.863.9603
Fax: 802.658.5685
ralangjr4030@gmail.com

Tavian M. Mayer
PO Box 59
South Royalton, VT 05068-0059
(802) 763-7626
tavian@mayerlaw.com

Rebecca A. Rice
26 West St, Ste 1
Rutland, VT 05701-3274
(802) 775-2352
Steeplbush@aol.com