# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT
# BURLINGTON DIVISION

In Re:                              Case No. 18-10270

Kevin Robert Corbin
Vanessa Marie Corbin             Chapter 13

Debtors.                         Judge Colleen A. Brown

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                   5-1
Last 4 Digits of Account Number:    0235

| Current Address for Notices: | NEW Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| **Current Address for Payments:** | **NEW Address for Payments (Effective Immediately):** |
| Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |

Respectfully Submitted

_/s/ D. Anthony Sottile_
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com



*Corporate Office*
7530 Lucerne Drive, Suite 210
Middleburg Heights, OH 44130
(440) 572-1511

*Southern Ohio Office*
394 Wards Corner Rd., Suite 180
Loveland, OH 45140
(513) 444-4100

*Illinois Office*
1415 West 22nd Street, Tower Floor
Oak Brook, IL 60523
(312) 883-2810

## SOTTILE & BARILE
ATTORNEYS AT LAW

D. Anthony Sottile [1,2,3]
Franco M. Barile [1,4]
Jon Lieberman [1,2,4]
Michael J. Lubes [1,5]
Molly Simons [1,2]
Michelle D. Heinz [1,3]
Mary E. Spitz [5]
Maria Georgopoulos [5]
Susan B. Klineman [1,3]
Ethan Hill [1]

(1)-Ohio, (2)-Kentucky, (3)-Indiana,
(4)-Michigan, (5)-Illinois

www.sottileandbarile.com

January 13, 2020

United States Bankruptcy Court
PO Box 1663
Burlington, VT 05402-1663

To whom it may concern:

Please see the enclosed Notice of Creditor Change of Address which is being sent to your office for filing in bankruptcy case 18-10270.

Should there be any questions, please don't hesitate to contact me at 513-444-4100. Thank you for your time.

Sincerely yours,

Betsy A. Nesbella, Paralegal

Enc.